

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00110-CV

**IN THE INTEREST OF M.V.**, a Child

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2021PA00756
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's February 18, 2022 order of termination is AFFIRMED. It is ORDERED that no costs be assessed against appellants in relation to this appeal because they are presumed indigent under Texas Family Code section 107.013(e).

SIGNED June 29, 2022.

_____
Beth Watkins, Justice